Laura L. Dunn, Esq. (pro hac vice)
THE FIERBERG NATIONAL LAW GROUP
1701 Pennsylvania Avenue, Suite 200
Washington, DC  20006
Telephone: (202) 351-0510
LDunn@tfnlgroup.com

Andrew Lauersdorf, OSB No. 980739
Janis Puracal, OSB No. 132288
MALONEY LAUERSDORF REINER PC
1111 E. Burnside Street, Suite 300
Portland, OR  97214
Telephone: (503) 245-1518
acl@mlrlegalteam.com
jcp@mlrlegalteam.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br>     v.<br><br>OREGON STATE UNIVERSITY,<br><br>          Defendant. | Civil No. 6:18-cv-01432-MC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

Pursuant to Federal Rules of Civil Procedure 41(A)(1)(ii), and by stipulation of the parties, Plaintiff hereby dismisses this action it its entirety with prejudice, each party bears

1

2

his, her or its own attorneys' fees and costs.

DATED: September 19, 2018

| MILLER NASH GRAHAM & DUNN LLP | THE FIERBERG NATIONAL LAW GROUP |
|---|---|
| /s/Naomi Haslitt | /s/Laura Dunn |
| Naomi Levelle Haslitt; OSB No. 075857<br>naomi.haslitt@millernash.com<br>Taylor D. Richman; OSB No. 154086<br>taylor.richman@millernash.com<br>Phone: 503.224.5858<br>Fax: 503.224.0155 | Laura L. Dunn, Esq.; Bar No. 1033560<br>*Admitted Pro Hac Vice*<br>ldunn@tfnlgroup.com<br>Phone: 202.351.0510<br>Fax:  231.252.8100 |

MALONEY LAUERSDORF REINER PC

/s/Andrew Lauersdorf

Andrew Lauersdorf; OSB No. 980739
acl@mlrlegalteam.com
Janis Puracal; OSB No. 132288
jcp@mlrlegalteam.com
Phone: 503.245.1518
Fax: 503.245.1417

2