IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

JANE DOE,

           Plaintiff,

v.

OREGON STATE UNIVERSITY,

           Defendant.

Civil No. 6:18-cv-01432-MC

**DISMISSAL WITH PREJUDICE**

## ORDER DISMISSING WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

Upon consideration of the Parties' Stipulation for Voluntary Dismissal with Prejudice, and finding good cause supporting the same, the Court thereby dismisses Plaintiff's Complaint against Oregon State University with prejudice and without attorneys' fees or costs on this **24** day of **Sept** 2018 hereby ORDERED that the Motion is GRANTED.

                                              United States District Judge
                                              United States District Court for the District of Oregon